**Electronically Filed
Supreme Court
SCWC-20-0000627
12-AUG-2021
08:12 AM
Dkt. 3 ODAC**

SCWC-20-0000627

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————

THE ESTATE OF SUSAN ALDEGUER, Deceased.

———————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000627; PROBATE NO. 1LP151000426)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner Jaynai Leinaala Aldeguer's application for

writ of certiorari, filed on June 30, 2021, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, August 12, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

